1  Jeffrey W. Kramer (SBN 071547)
   jkramer@troygould.com
2  TROYGOULD PC
   1801 Century Park East, 16th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 553-4441
4  Facsimile: (310) 201-4746

5  Attorneys for Plaintiff

6  Catherine S. Ryan (admitted *pro hac vice*)
   cryan@reedsmith.com
7  REED SMITH LLP
   225 Fifth Avenue
8  Pittsburgh, PA 15222
   Telephone: (412) 288-4226
9  Facsimile: (412) 288-3063

10 Michael A. Garabed (SBN 223511)
   mgarabed@reedsmith.com
11 REED SMITH LLP
   355 South Grand Avenue, Suite 2900
12 Los Angeles, CA 90071
   Telephone: (213) 457-8000
13 Facsimile: (213) 457-8080

14 Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. BRIDGES, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; the COUNTRYWIDE FINANCIAL CORPORATION CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1 through 20, inclusive,<br><br>   Defendants. | No.: CV 10-03333 PSG (JCx)<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER** |

Having considered the Stipulated Protective Order submitted by the parties on or about October 11, 2010, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order is approved and shall govern the production and disclosure of confidential documents and information in this action.

DATED:  October 13, 2010

_____/s/_____
Honorable Jacqueline Choolijian
United States Magistrate Judge