Catherine S. Ryan (admitted *pro hac vice*)
cryan@reedsmith.com
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-4226
Facsimile: (412) 288-3063

Michael A. Garabed (SBN 223511)
mgarabed@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendants
Bank of America Corporation and
Countrywide Financial Corporation Change
In Control Severance Plan

E-FILED 04/21/11
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. BRIDGES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; the COUNTRYWIDE FINANCIAL CORPORATION CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1 through 20, inclusive,<br><br>Defendants. | No.: CV 10-03333 PSG (JCx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Honorable Philip S. Gutierrez |

1  Having considered the stipulation filed by the parties pursuant to Federal
2  Rule of Civil Procedure 41, and good cause appearing,

4  **IT IS HEREBY ORDERED** that the above-entitled action is dismissed
5  in its entirety with prejudice.

DATED: 04/20/11

### PHILIP S. GUTIERREZ

Honorable Philips S. Gutierrez
United States District Judge